ACCEPTED
01-14-00629-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 12:11:30 PM
CHRISTOPHER PRINE
CLERK

## NO: 01-14-00629-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/5/2015 12:11:30 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE
FIRST DISTRICT COURT OF APPEALS OF TEXAS
AT HOUSTON, TEXAS**

**ELIZABETH M. TRAMMELL,**
*Appellant*

*v.*

**FLETCHER V. TRAMMELL, SR.**
*Appellee*

**from the 308th Judicial District Court
of Harris County, Texas, The Honorable James Lombardino Presiding
Trial Court Case No. 2010-72050**

## APPELLANT'S UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

### TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Appellant Elizabeth M. Trammell and files her Unopposed

Motion to Extend Briefing Deadline by 1 week and in support hereof, would show

this Honorable Court as follows:

I.

Appellant brings this motion pursuant to Texas Rules of Appellate Procedure

G:\T\TRA08\Modification\Appeal\Motion for extension02.wpd

38.6(d) and in compliance with Rule 10.5(b).

## II.

The deadline for Appellant to file her brief is January 5, 2015. Appellant requests a 1 week extension of her briefing deadline making the deadline for filing Appellant's Brief on January 12, 2015.

## III.

Appellant does not seek this extension for the purposes of delay. Lead counsel for Appellant, Maurice Bresenhan Jr., has had an unexpectedly full December docket, with numerous court hearings and a number of cases in process.

## IV.

This is the second extension requested by Appellant. Maurice Bresenhan Jr. hereby certifies that he or a member of his firm has conferred with Appellee's lead counsel on appeal, Sallee S. Smyth, and Appellee is not opposed to the Court's granting of this motion.

PREMISES CONSIDERED, Appellant Elizabeth M. Trammell respectfully requests that the Court grant an extension of 1 week for the filing of the Appellant's brief making the extended deadline January 12, 2015 the date Appellant's Brief is due.

G:\T\TRA08\Modification\Appeal\Motion for extension02.wpd

Respectfully submitted,

**ZUKOWSKI, BRESENHAN, SINEX & PETRY, LLP**

/s/ Maurice Bresenhan, Jr
**Maurice Bresenhan, Jr.**
State Bar Number 02959000
1177 West Loop South, Suite 1100
Houston, Texas 77027
713/965-9969; 713/963-9169 Facsimile
mbresenhan@zbsplaw.com
Counsel for Appellant, Elizabeth M. Trammell

## CERTIFICATE OF CONFERENCE

I do hereby certify that on January 5, 2015, I have conferred with Appellee's counsel regarding Appellant's request for extension of the deadline for Appellant's Brief and Appellee's counsel indicated to me that Appellee is unopposed to Appellant's request.

/s/ Cynthia Keen Perlman
Cynthia Keen Perlman

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), and (e), I certify that I have served this document on all other parties, as listed below, on January 5, 2015, as follows:

VIA FAX (281) 238-6202 and EMAIL
Sallee S. Smyth
800 Jackson Street
Richmond, Texas 77469
Counsel for Fletcher V. Trammell, Sr.

/s/ Maurice Bresenhan, Jr
Maurice Bresenhan Jr.